MATTHEW W. JEPPSON (9825)
JAQUALIN FRIEND PETERSON (6226)
Assistant Utah Attorneys General
DEREK E. BROWN (10476)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
*mwjeppson@agutah.gov*
*jfpeterson@agutah.gov*
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| KIMBERLY M. JAMES<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT, a quasi-municipal corporation; FRANK PULLEY, SR., an individual; FRANK PULLEY, JR., an individual; MICHAEL PRIVETT, an individual; CRAIG JENSEN, an individual; and DOES 1-10, inclusive;<br><br>Defendants. | **STIPULATED MOTION TO DISMISS**<br><br><br>Case Number: 2:21-cv-0596-HCN-DBP<br><br>District Judge Howard C. Nielson<br><br>Magistrate Dustin B. Pead |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Kimberly M. James and Defendants Alpine School District, Frank Pulley, Sr., Frank Pulley, Jr., Michael Privett, and Craig Jensen, by and through their respective counsel, hereby move to dismiss this action, with prejudice, each party to bear their own attorney fees and costs except as otherwise provided by agreement of the Parties. A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED THIS 9th day of January, 2025.

/s/ *Lauren Scholnick*
Lauren Scholnick
SCHOLNICK THORNE HOLLAND

/s/ *Tracy L. Olson*
Tracy L. Olson
SMART SCHOFIELD SHORTER, P.C.

*Attorneys for Plaintiff*
*(*Signed with permission)*

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Matthew W. Jeppson*
MATTHEW W. JEPPSON
Assistant Utah Attorney General
*Attorney for Defendants*